UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------------X
ICC INNOVATIVE CONCEPTS CORPORATION,   :

        Plaintiff,   :   302 CV 1044 (PCD)

   v.   :

ROYAL UNITED CORPORATION,   :

        Defendants.   :
-----------------------------------------------------------------X

FILED
Oct 14  2 16 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

## JUDGMENT

The parties hereto, having agreed to a settlement of the matters in issue between them, and to the entry of this Judgment and Decree, it is hereby ORDERED, ADJUDGED, and DECREED:

1. This Court has jurisdiction over the Plaintiff, ICC Innovative Concepts Corporation, and over the Defendant Royal United Corporation and over the subject matter in issue.

2. Plaintiff is the owner of U.S. Patent No. 5,878,637 entitled Magnetic Driving Tool Having a Telescopic Pipe and U.S. Patent No. 6,321,626 entitled Magnetic Driving Tool Having a Telescopic Pipe (collectively hereinafter the "Patents"), and of all rights thereto and thereunder.

3. Defendant has manufactured and sold products comprising A) a socket screwdriver and a tool bit comprising an extendable shaft having a magnetic tip (as

illustrated in Exhibit A), and B) a socket screwdriver with an extendable shaft having a magnetic tip housed internally in and attached to the socket screwdriver (as illustrated in Exhibit B), hereinafter collectively referred to as "Products".

4. Defendant acknowledges the validity of United States Patent Number 5,878,637 and United States Patent Number 6,321,626.

5. Defendant acknowledges Plaintiff's rights in its slanted stripe trade dress on hand tools, said trade dress comprising a stripe pattern on the tool handle consisting of slanted stripes, with longer slanted stripes positioned between shorter stripes, as illustrated in Exhibit D to the settlement agreement between the parties (the "Trade Dress").

6. Defendant is permanently enjoined from making, using, or selling any hand tools, hand tool sets, or other hand tool products bearing 1) the Plaintiff's Trade Dress or 2) any slanted stripe pattern on the tool handle comprising a longer slanted stripe or stripes positioned between shorter stripes; or infringing on the Patents.

7. Payment of the royalties for past infringement of the above patents and trade dress called for in the settlement agreement between the parties is hereby ordered.

Approved as to form on behalf of plaintiff:

_____
Attorney for Plaintiff
Anthony H. Handal (CT03837)
Kirkpatrick & Lockhart, LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
212-536-4875 fax

Approved as to form on behalf of Defendant

_____
Jeffrey N. Bernstein, Esq. (CT24305)
525 Northern Boulevard, Suite 210
Great Neck, NY 11021
516-466-4600
516-466-6958 fax

10/14/03
Date

10/14/03
Date

ICC INNOVATIVE CONCEPTS
CORPORATION

_____
By: ~~Scott Gelormino~~ SACCANINO
Title: ~~President~~ Chairman/CEO

ROYAL UNITED CORPORATION

_____
By: Kenneth C. Ryman
Title: President

Entered this 14th day of October, 2003, at
_____
New Haven, Conn.

_____
United States District Judge